IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:23-104 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| vs. | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 18 U.S.C. § 924(e) |
| **JIMMY FRANKLIN KING, JR.** | ) | 28 U.S.C. § 2461(c) |

**INDICTMENT**
**(SEALED)**

THE GRAND JURY CHARGES:

That on or about November 3, 2022, in the District of South Carolina, the Defendant, **JIMMY FRANKLIN KING, JR.**, knowingly possessed ammunition in and affecting commerce, to wit, Poongsan Metal Manufacturing Company 25 AUTO ammunition, Barnaul Machine Tool Plant .223 REM ammunition, and Tula Cartridge Works 7.62X39 ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for felony violation of Titles 18, United States Codes, Section 922(g)(1) as charged in this Indictment, the Defendant, **JIMMY FRANKLIN KING,** shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a)   any firearms and ammunition (as defined in 18 U.S.C. § 921) –

   (1) used or involved in or used in any knowing violation of 18 U.S.C. § 922 or violation of any other criminal law of the United States.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), United States Code, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

(a)   Firearms:

- Two (2) short barrel ghost rifles
- Two (2) ghost pistols

(b)   Firearm Parts:

- 3D printed lower receiver
- Lightning link
- Miscellaneous rounds of ammunition
- Assorted magazines
- Assorted firearms parts and accessories

- Silencer

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A  *True*  BILL

███████████████
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *[signature]*
Martin L. Holmes (Fed. ID # 13538)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29402
Tel.: (843) 266-1666
Email: martin.holmes@usdoj.gov